of said Neidlinger against the Onward Construction Company, 95 N. Y. Supp. 1148.

PER CURIAM. Judgment and order granting extra allowance affirmed, with costs, upon the opinion of Herrick, J., at Special Term. 90 N. Y. Supp. 115.

In re NEWTON'S WILL. (Supreme Court, Appellate Division, Third Department. September 13, 1905.) In the matter of the probate of the paper offered for probate as the last will and testament of John B. Newton, deceased. No opinion. Decree affirmed, with costs, against proponent appellant personally.

NEW YORK BANK NOTE CO., Appellant, v. HAMILTON BANK NOTE CO. et al., Respondents (two cases). (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by the New York Bank Note Company against the Hamilton Bank Note Company and others. E. P. Lyon, for appellant. C. F. Brown, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

NEW YORK CENT. & H. R. R. CO., Respondent, v. LEHON et al., Appellants. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by the New York Central & Hudson River Railroad Company against Helen J. Lehon and others. W. J. Walsh, for appellants. C. G. Paulding, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

NEW YORK MORTGAGE & SECURITY CO. v. CONCOURSE PARK HOTEL CO. et al. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by the New York Mortgage & Security Company against the Concourse Park Hotel Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

NIAGARA WOODWORKING CO., Respondent, v. JUMEL REALTY & CONST. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by the Niagara Woodworking Company against the Jumel Realty & Construction Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

NILES, Respondent, v. SIRE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by E. Ellsworth Niles against Henry B. Sire and another. F. Bien, for appellants. C. D. Rogers, for respondent. No opinion. Judgment and order (94 N. Y. Supp. 586) affirmed, with costs.

NYLUND, Respondent, v. TILYOU, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Marianna Nyland against George C. Tilyou. No opinion. Judgment of the Municipal Court affirmed, with costs.

O'CONNOR, Respondent, v. VIRGINIA PASSENGER & POWER CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 13, 1905.) Action by Thomas O'Connor against the Virginia Passenger & Power Company, and the Atlantic Development Company and others.

PER CURIAM. Interlocutory judgment affirmed, with the usual leave to defendants to answer upon payment of the costs of the demurrer and of the appeal.

PARKER, P. J., and CHASE, J., dissent, on the ground that causes of action are improperly united in the complaint.

O'CONNOR v. VIRGINIA PASSENGER & POWER CO. et al. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Action by Thomas O'Connor against the Virginia Passenger & Power Company and others.

PER CURIAM. Motion for leave to go to Court of Appeals granted, and questions certified as follows: First. Is there defect of parties defendant, as alleged in the defendants' demurrer? Second. Have causes of action been improperly united, as alleged in defendants' demurrer? Third. Does the complaint state facts sufficient to constitute a cause of action?

O'LEARY, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Dennis O'Leary against the Interurban Street Railway Company. B. H. Ames, for appellant. L. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs.

O'MEARA, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Catharine O'Meara, as administratrix, etc., of John A. O'Meara, deceased, against the Brooklyn Heights Railroad Company. No opinion. Order granting extra allowance reversed, without costs, for want of power in the court at trial term to grant the same. Judgment modified accordingly, and judgment, as modified, and order refusing to grant a new trial, unanimously affirmed, without costs.

OSBORN v. APLINGTON. (Supreme Court, Appellate Division, First Department. November 17, 1905.) Action by W. Russell Osborn against Henry Aplington. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

In re OSBORNE. (Supreme Court, Appellate Division, Second Department. October 17, 1905.) In the matter of the application of Francis I. Osborne for admission to the bar. No opinion. Application granted.

OSTRANDER, Respondent, v. OSTRANDER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Edward Ostrander, individually, etc., against Carolina A. Ostran-

der, individually, etc., and others. No opinion. Judgment affirmed, with costs.

OSTRANDER, Respondent, v. OSTRANDER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Action by Edward Ostrander, individually, etc., against Carolina A. Ostrander, impleaded, etc. No opinion. Motion to resettle order denied.

O'SULLIVAN v. UNITED ENGINEERING & CONTRACTING CO. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by Michael O'Sullivan against the United Engineering & Contracting Company. No opinion. Judgment and orders affirmed, without costs.

OWEN, Respondent, v. RETSOF MIN. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Addie Owen against the Retsof Mining Company. No opinion. Motion for reargument denied, with $10 costs and disbursements. See 92 N. Y. Supp. 270.

PALMER et al., Respondents, v. HICKORY GROVE CEMETERY, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1905.) Action by Lizzie M. Palmer and others against the Hickory Grove Cemetery.

PER CURIAM. Judgment affirmed, with costs, upon the opinion of Mr. Justice Woodward on the first appeal. 84 App. Div. 600, 82 N. Y. Supp. 973.

HIRSCHBERG, P. J., dissents.

PALMER, Appellant, v, PINARD, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Amos W. Palmer against Lucinda D. Pinard. No opinion. Order affirmed, with $10 costs and disbursements.

PARK, Respondent, v. PARK, Appellant, (Supreme Court, Appellate Division, First Department. December 22, 1905.) Appeal from Special Term, New York County. Action by Walter E. Park against Edith Park. From an order denying a motion for leave to renew the application to interpose a supplemental answer, defendant appeals. Reversed. A. Carruthers, for appellant. D. May, for respondent.

PER CURIAM. Considering the nature of the action, we think that the defendant should be allowed to serve a supplemental answer. The fact that she did not make the affidavit is explained by her absence in Europe, sick. The order appealed from should be reversed, and the motion granted.

PATTERSON, J., dissents.

PARKER, Appellant, v. GEORGE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Lucy Parker against Solomon George and others.

PER CURIAM. Preliminary objections overruled. Motion to strike appeal from calendar and for judgment denied, without costs, on con-

dition that the appellant, within 10 days after service of a copy of this order, together with notice of entry thereof, procure a certificate of the settlement of the case to be attached to the original record on appeal now on file in the office of the clerk of this court. In the event that such certificate is not so procured and attached to said record, the appeal may be stricken from the calendar, with $10 costs to the respondents.

PARKER, Appellant, v. GEORGE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Lucy Parker against Solomon George and others. No opinion. Judgment affirmed, with costs.

PARSONS, Respondent, v. PARSONS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Amelia C. Parsons against Archelaus H. Parsons.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., dissents.

PARSONS BROS., Inc., Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Parsons Bros., Incorporated, against the city of New York and others. No opinion. Motion to resettle order granted, and order signed.

PARTRIDGE, Appellant, v. RABELL et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by William T. Partridge against Charles T. Rabell and others. W. H. Underwood, for appellant. E. A. Jones, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PEIRCE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Daniel J. Peirce against the Brooklyn Heights Railroad Company. No opinion. Motion to dismiss appeal granted, with costs, unless within 20 days the appellant shall perfect its appeal, in which case the motion is denied, without costs.

PELHAM, Appellant, v. BUFFALO, R. & P. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Emily K. Pelham against the Buffalo, Rochester & Pittsburgh Railway Company. No opinion. Judgment and order affirmed, with costs.

PENATES REALTY CO. v. LEVIN et al. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by the Penates Realty Company against Harry Levin and another. No opinion. Appeal dismissed, with $10 costs.

In re PENDER. (Supreme Court, Appellate Division, First Department. September 29,